COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:   Christina Livingston v. Federal National Mortgage Association Fannie Mae

Appellate case number:   01-15-00114-CV

Trial court case number:   1055552

Trial court:   County Civil Court at Law No. 4 of Harris County

Motion for rehearing was due on September 30, 2015. Appellant, Christina Livingston, filed her motion for rehearing on October 5, 2015. Livingston failed to file a motion for extension of time for the untimely filing of her motion for rehearing. Accordingly, we order Livingston to file **on or before January 13, 2016** a motion for extension of time, complying with Rule 49.8, explaining in detail the reason the motion was untimely filed. *See* TEX. R. APP. P. 49.8.

Additionally, in Livingston's motion for rehearing, counsel states he was unable to file timely appellant's brief despite notice his brief was late and more than three months between the original due date and the date our opinion issued because he faced "an avalanche of new cases and an overwhelming amount of activity on existing cases." He further contends he had employee and equipment changes, as well as expansion of the litigation department. He does not specifically explain how these caused him to overlook not just the appellate deadlines but also our notice dated June 24, 2015 and his obligation to file a brief for approximately three months. Accordingly, we order counsel to file, **on or before January 13, 2016**, a revised motion for rehearing, explaining in more detail the basis for the failure to file appellant's brief for each of these deadlines.

It is so ORDERED.

Judge's signature: /s/ Harvey Brown
                    ☑ Acting individually    ☐ Acting for the Court

Date: January 11, 2016